UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY OFFICE OF EDUCATION,<br><br>Defendant. | Case No. 20-cv-00819-JSC<br><br>**SECTION 1915 SCREENING OF COMPLAINT; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 1 |

Anthony Ferrantino sues the Sacramento County Office of Education ("Sacramento County") for alleged wage discrimination under the Equal Pay Act ("EPA"), 29 U.S.C. 206(d). (Dkt. No. 1.)[1] Having granted Mr. Ferrantino's application to proceed in forma pauperis, (*see* Dkt. No. 4), the Court now screens the complaint pursuant to 28 U.S.C. § 1915 and orders Mr. Ferrantino to show cause why this case should not be transferred to the Easter District of California because venue is improper in this District.

"Venue" for purposes of a civil action is proper in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

1  28 U.S.C. § 1391(b).  Mr. Ferrantino's complaint asserts federal question jurisdiction under the
2  EPA, bringing a claim against Sacramento County for alleged employment discrimination arising
3  out of Mr. Ferrantino's work as a substitute teacher for Sacramento County.  (Dkt. No. 1 at 4-5.)
4  Thus, the defendant resides in Sacramento County, California and the events giving rise to this
5  action occurred in Sacramento County, California.

6  Accordingly, Mr. Ferrantino is ORDERED TO SHOW CAUSE why this case should not
7  be transferred to the Eastern District of California.  Mr. Ferrantino shall respond to this Order by
8  April 29, 2020.  If Mr. Ferrantino does not do so, or if his response does not demonstrate why
9  venue is proper in this District, the Court will transfer the case to the Eastern District of California.
10 The Court encourages Mr. Ferrantino to seek free assistance from the Northern District's Legal
11 Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102.  Mr.
12 Ferrantino can make an appointment in person or by calling (415) 792-8982.

**IT IS SO ORDERED.**

Dated: April 15, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY FERRANTINO, | |
|---|---|
| Plaintiff, | Case No. 20-cv-00819-JSC |
| v. | **CERTIFICATE OF SERVICE** |
| SACRAMENTO COUNTY OFFICE OF EDUCATION, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Ferrantino
1331 Crane Street
Apt. 402
Menlo Park, CA 94025

Dated: April 15, 2020

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3